UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHI ALSOOFI,

    Plaintiff,

V

THYSSENKRUPP MATERIALS NA, INC.,

    Defendant.

                                                                                                 Case No. 09-cv-12869
                                                                                                 Hon. Robert H. Cleland

_____/

| | |
|---|---|
| **LITIGATION ASSOCIATES PLLC** | **HONIGMAN MILLER SCHWARTZ AND COHN LLP** |
| **BERTRAM L. MARKS (P47829)** | **RUSSELL S. LINDEN (P34863)** |
| **JASON R. KATZ (P70349)** | Attorneys for Defendant |
| Attorneys for Plaintiff | 2290 First National Building |
| 30300 Northwestern Hwy., #301 | 660 Woodward Avenue |
| Farmington Hills, MI 48334 | Detroit, MI 48226-3506 |
| (248) 932-3500 | (313) 465-7466 |

_____/

**STIPULATED ORDER COMPELLING DISCOVERY FROM
<u>PLAINTIFF</u>**

       The parties having stipulated to the entry of this order and the Court being otherwise fully advised in the premises;

       IT IS HEREBY ORDERED that on or before November 23, 2009, Plaintiff Fathi Alsoofi shall provide full and complete verified answers to Defendant's interrogatories 2, 4, 5, 6, 7, 13, and 15 and produce all documents responsive to Defendant's request for production of documents 1, 2, 3, 4, and 5, including Plaintiff's passport and record of all travels outside the United States in 2008, which shall include the records for payment of any such travels.

                                                      <u>S/Robert H. Cleland</u>
                                                      United States District Court Judge

1

Stipulated as to Entry:


/s/Bertram L. Marks/Jason R. Katz (w/permission)
Bertram L. Marks (P47829)
Jason R. Katz (P70349)
Litigation Associates PLLC
Attorneys for Plaintiff
30300 Northwestern Hwy., Suite 301
Southfield, MI 48334
Attorneys for Plaintiff Fathi Alsoofi
(248) 932-3500

Dated: November 18, 2009


/s/Russell S. Linden
Russell S. Linden (P34863)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendant
660 Woodward Avenue, Ste. 2290
Detroit, MI 48226
(313) 465-7466

Dated: November 18, 2009

DETROIT.3942804.1